**Order entered October 28, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00443-CV

## COURTNEY RENEE SILVA, Appellant

## V.

## MILAGROZ DIAZ (NOW MIMI WEBB), Appellee

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-17-05855-D**

## ORDER

Before the Court is appellant's October 26, 2020 first amended unopposed motion for leave to file and/or motion for extension of time to file her opening brief. As appellant's opening brief was timely filed, we **DENY** the motion as moot.

/s/　　BILL WHITEHILL
　　　　JUSTICE